BENJAMIN B. WAGNER
United States Attorney
MATTHEW D. SEGAL
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

**SEALED FILED**

OCT 30 2013

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
          DEPUTY CLERK

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

2: 13 SW 0701 DAD

| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA<br><br>2428 Glenfaire Drive,<br>Rancho Cordova, CA<br>APN: 058-0206-011 | CASE NO.<br><br>[~~PROPOSED~~] ORDER RE: REQUEST TO SEAL DOCUMENTS |
|---|---|

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the above-captioned case shall be filed under seal and shall not be disclosed to any person unless otherwise ordered by this Court, with the exception that a copy of the search warrant will be left at the scene of the search.

Dated:     October 28, 2013

_Dale A. Drozd_
Hon. Dale A. Drozd
U.S. MAGISTRATE JUDGE