BENJAMIN B. WAGNER
United States Attorney
KEVIN C. KHASIGIAN
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America



IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:13-SW-00701-DAD |
|---|---|
| Plaintiff, | |
| v. | [PROPOSED] ORDER TO UNSEAL SEARCH WARRANT AND SEARCH WARRANT AFFIDAVIT |
| 2428 GLENFAIRE DRIVE, RANCHO CORDOVA, CALIFORNIA, APN: 058-0206-011. | |

The government's request to unseal the Search Warrant and this case is GRANTED.

Dated: Nov. 21, 2013

HON. KENDALL J. NEWMAN
U.S. Magistrate Judge